## AFFIDAVIT OF SERVICE

| Case: 2:22-cv-1631 | Court: In the United States District Court for the Western District of Pennsylvania | County: | Job: 7995772 |
|---|---|---|---|
| Plaintiff / Petitioner: Michael Morgan and Liberty Risk Consulting, LLC | | Defendant / Respondent: Amy Noss, Keith Hickey, Joyce Morgan, Brittany Paduganan, and ETBP Enterprises, LLC d/b/a Thrive Talent Management | |
| Received by: PA Virtual Services, LLC | | For: Phillips Group | |
| To be served upon: Amy Noss | | | |

I, Julie Schneck, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Ryan Noss, c/o Amy Noss, 625 Speyer Ave, Monaca, PA 15061

**Manner of Service:**   Substitute Service - Personal, Nov 25, 2022, 3:58 pm EST

**Documents:**   Summons in a Civil Action; Complaint; Civil Cover Sheet and Part A

**Additional Comments:**

1) Unsuccessful Attempt: Nov 23, 2022, 1:14 pm EST at 625 Speyer Ave, Monaca, PA 15061
Not home at time of attempt. No vehicle. Dog barking inside residence. Neighbor confirmed tenant.

2) Successful Attempt: Nov 25, 2022, 3:58 pm EST at 625 Speyer Ave, Monaca, PA 15061 received by Ryan Noss, c/o Amy Noss. Age: 35 +/-; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'10"; Hair: Brown;

_Julie Schneck_                    11/28/2022

Julie Schneck                    **Date**

PA Virtual Services, LLC
9 Christine Drive
Cheswick, PA 15024
4127219288