# AFFIDAVIT OF SERVICE

| Case: 2:22-cv-1631 | Court: In the United States District Court for the Western District of Pennsylvania | County: | Job: 7995792 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Michael Morgan and Liberty Risk Consulting, LLC | | **Defendant / Respondent:** Amy Noss, Keith Hickey, Joyce Morgan, Brittany Paduganan, and ETBP Enterprises, LLC d/b/a Thrive Talent Management | |
| **Received by:** PA Virtual Services, LLC | | **For:** Phillips Group | |
| **To be served upon:** Joyce Morgan | | | |

I, Julie Schneck, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joyce Morgan, 2016 Barclay Hill Rd, Beaver, PA 15009
**Manner of Service:** Personal/Individual, Nov 23, 2022, 12:54 pm EST
**Documents:** Summons in a Civil Action; Complaint; Civil Cover Sheet and Part A

**Additional Comments:**
1) Successful Attempt: Nov 23, 2022, 12:54 pm EST at 2016 Barclay Hill Rd, Beaver, PA 15009 received by Joyce Morgan. Age: 35 +/-; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'6"; Hair: Brown; Other: Wearing glasses;

_Julie Schneck_     11/28/2022
Julie Schneck     Date

PA Virtual Services, LLC
9 Christine Drive
Cheswick, PA 15024
4127219288