IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MORGAN, et al, | ) | |
| Plaintiffs, | ) | Civil Action No. 2:22-cv-01631 |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| AMY NOSS, et al, | ) | |
| Defendants. | ) | |

## TELEPHONE CONFERENCE
Before Magistrate Judge Lisa Pupo Lenihan

| PARTY | | COUNSEL |
|---|---|---|
| Michael Morgan<br>Liberty Risk Consulting, LLC | Plaintiff | Brian D. Balonick<br>Erica G. Wilson |
| Amy Noss<br>Keith Hickey<br>Joyce Morgan | Defendant | Rachel L. McElroy |
| Britanny Paduganan<br>ETBP Enterpirses, LLC | Defendants | Christine Elzer<br>Tamra Van Hausen |

Date:   December 28, 2022, at 2:00 PM

Counsel advised that the filing at ECF No. 11 was a legitimate filing. Defendants' counsel advised that the Jan. 24 extension will be sufficient.