IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MORGAN and LIBERTY RISK CONSULTING, LLC., | : |
| Plaintiffs, | : |
| v. | : NO. 2:22-cv-1631-LPL |
| | : Magistrate Judge Lenihan |
| AMY NOSS, KEITH HICKEY, JOYCE MORGAN, BRITTANY PADUGANAN, and ETBP ENTERPRISES, LLC d/b/a THRIVE TALENT MANAGEMENT | : |
| Defendants. | : |

**[PROPOSED] ORDER**

AND NOW, this _____ day of January, 2023, it is HEREBY ORDERED that the Parties' Joint Motion to Suspend Deadlines (ECF No. 25) is GRANTED. Defendants' deadline of January 24, 2023 to file their respective responses to Plaintiffs' Complaint is hereby SUSPENDED pending Plaintiffs' filing of an Amended Complaint. Plaintiffs' Amended Complaint shall be filed by February 3, 2023.

BY THE COURT

_____
LISA PUPO LENIHAN
United States Magistrate Judge