IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MORGAN and LIBERTY RISK CONSULTING, LLC, and INFLUENCED EDGE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMY NOSS, KEITH HICKEY, JOYCE MORGAN, BRITTANY PADUGANAN, and ETBP ENTERPRISES, LLC d/b/a THRIVE TALENT MANAGEMENT,<br><br>Defendants. | Civil Action<br><br>No. 2:22-cv-1631<br><br>Magistrate Judge Lenihan |

## **ORDER**

AND NOW, this ____ day of _____, 2023, upon consideration of the foregoing, Defendants Brittany Paduganan and ETBP Enterprises, LLC's Motion to Dismiss is GRANTED.

The Court finds that it lacks personal jurisdiction over the above Defendants to all claims raised in the Amended Complaint, and hereby DISMISSES all Counts against Defendants Paduganan and ETBP Enterprises, LLC pursuant to Fed. R. Civ. P. 12(b)(2) with prejudice.

[Alternative: The Court hereby DISMISSES Count IV against Defendants Paduganan and ETBP Enterprises, LLC with prejudice, and dismisses Count VII as it relates to alleged interference with client relationships with prejudice.]

BY THE COURT:

_____
Lisa Pupo Lenihan
United States Magistrate Judge