IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL MORGAN and LIBERTY RISK
CONSULTING, LLC, and
INFLUENCED EDGE, LLC

Civil Action No.
2:22-cv-1631

Plaintiffs,

v.

AMY NOSS, KEITH HICKEY,
JOYCE MORGAN, BRITTANY PADUGANAN
And ETBP ENTERPRISES, LLC d/b/a THRIVE
TALENT MANAGEMENT

Defendants.

## ORDER

**AND NOW**, this _____ day of _____, 2023

**ORDERED** Defendants' Motion to Partially Dismiss Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) is hereby GRANTED; and it is

**FURTHER ORDERED** that Counts I, II, IV, VIII, IX and X against the Defendants Amy Noss, Keith Hickey and Joyce Morgan are hereby dismissed with prejudice;

**FURTHER ORDERED** that IE's claims against Defendants Amy Noss and Joyce Morgan under Counts III and V are hereby dismissed with prejudice;

**FURTHER ORDERED** that LRC's claims against Defendant Keith Hickey under Counts III and VI are hereby dismissed with prejudice.

**SO ORDERED**.

BY THE COURT:

_____

Judge Lenihan