IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MORGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 22-1631 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Kezia O. L. Taylor |
| AMY NOSS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 4, 2024, the Magistrate Judge issued a Report (Doc. 64) recommending that the Counterclaim Defendants' Motion to Dismiss and to Strike (Doc. 49) be granted in part and denied in part. Service of the Report and Recommendation ("R&R") was made on the parties, and the Counterclaim Plaintiffs have filed Objections. *See* Doc. 65.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is ORDERED that the Counterclaim Defendants' Motion to Dismiss and to Strike (**Doc. 49**) is **GRANTED IN PART** and **DENIED IN PART**, as summarized in the Conclusion section of the R&R. Doc. 64 at 15. The R&R (Doc. 64) is adopted as the Opinion of the District Court, except that the reference on page 1 to "default judgment" is revised to read, "declaratory judgment."

IT IS SO ORDERED.

June 3, 2024                                                                                   s\Cathy Bissoon
                                                                                                      Cathy Bissoon
                                                                                                      United States District Judge

cc (via ECF email notification):

All Counsel of Record